KEITH A. WEAVER
Nevada Bar No. 10271
DANIELLE WOODRUM
Nevada Bar No. 12902
E-Mail: weaver@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants Apria Healthcare, Inc. Employee Welfare Plan and Hartford Life and Accident Insurance Co.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KAREN KEY, as guardian for KYLE KEY, a minor,<br><br>Plaintiff,<br><br>vs.<br><br>APRIA HEALTHCARE, INC. EMPLOYEE WELFARE PLAN, Plan Administrator for the Apria Healthcare Inc. Employee Welfare Plan; and HARTFORD LIFE AND ACCIDENT INSURANCE CO., Claim Administrator for the Apria Healthcare Inc. Employee Welfare Plan,<br><br>Defendants. | CASE NO. 2:13-CV-198-APG-GWF<br><br>STIPULATION AND ORDER TO DISMISS WITH PREJUDICE HARTFORD LIFE AND ACCIDENT INSURANCE CO. |

///
///
///
///
///
///
///
///

4852-1337-8581.1

STIPULATION AND ORDER TO DISMISS WITH PREJUDICE HARTFORD LIFE AND ACCIDENT INSURANCE CO.

1  IT IS HEREBY STIPULATED between Plaintiff, KAREN KEY, as guardian for KYLE KEY, a minor, by and through her attorneys, the LAW OFFICES OF JULIE A. MERSCH, and Defendant HARTFORD LIFE AND ACCIDENT INSURANCE CO., ("Hartford"), by and through its attorneys, the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, that Defendant Hartford is **DISMISSED WITH PREJUDICE** from the foregoing case.

IT IS SO STIPULATED.

DATED this 1st day of February, 2014.          DATED this __ day of February, 2014.

LEWIS BRISBOIS BISGAARD & SMITH LLP             LAW OFFICES OF JULIE A. MERSCH

By: _____                   By: _____
KEITH A. WEAVER, ESQ.                           JULIE A. MERSCH, ESQ.
6385 S. Rainbow Boulevard                       1100 E. Bridger Ave.
Suite 600                                       Las Vegas, NV 89101
Las Vegas, Nevada 89118                         *Attorney for Plaintiff*
*Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.**

Dated: February 12, 2014.

_____
UNITED STATES DISTRICT JUDGE